NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**KIMBERLY-CLARK WORLDWIDE, INC. AND
KIMBERLY-CLARK GLOBAL SALES, LLC,**
*Plaintiffs-Appellants,*

**v.**

**FIRST QUALITY BABY PRODUCTS, LLC,
FIRST QUALITY RETAIL SERVICES, LLC, AND
FIRST QUALITY CONSUMER PRODUCTS, LLC,**
*Defendants-Appellees.*

———————————

2013-1493, -1494

———————————

Appeals from the United States District Court for the Eastern District of Wisconsin in Nos. 09-CV-0916 and 10-CV-1118, Judge William C. Griesbach.

----------------------------------------------------------------------

**KIMBERLY-CLARK WORLDWIDE, INC. AND
KIMBERLY-CLARK GLOBAL SALES, LLC,**
*Plaintiffs-Appellees,*

**v.**

**FIRST QUALITY BABY PRODUCTS, LLC,
FIRST QUALITY RETAIL SERVICES, LLC, AND**

2       KIMBERLY-CLARK WORLDWIDE v. FIRST QUALITY BABY PRODUCTS

**FIRST QUALITY CONSUMER PRODUCTS, LLC,**
*Defendants-Appellants.*

———————————

2013-1509

———————————

Appeal from the United States District Court for the Eastern District of Wisconsin in Nos. 09-CV-0916 and 10-CV-1118, Judge William C. Griesbach.

———————————

**ON MOTION**

———————————

**O R D E R**

First Quality Baby Products, LLC, First Quality Retail Services, LLC, and First Quality Consumer Products, LLC, move without opposition to voluntarily dismiss Cross-Appeal No. 2013-1509.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to dismiss cross appeal no. 2013-1509 is granted.  2013-1509 is dismissed. The revised official caption for 2013-1493, -1494 is reflected above.

(2)  Each side shall bear its own costs in 2013-1509.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE (as to 2013-1509 only):

February 24, 2014